**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 15-1409**

───────────

DAWNN MCCLEARY-EVANS,

          Plaintiff - Appellant,

     v.

MARYLAND DEPARTMENT OF TRANSPORTATION, MARYLAND TRANSIT
ADMINISTRATION,

          Defendant - Appellee.

───────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Ellen L. Hollander, District Judge.
(1:12-cv-01550-ELH)

───────────

Submitted: November 18, 2015      Decided: January 29, 2016

───────────

Before NIEMEYER, WYNN, and DIAZ, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

John H. Morris, Jr., Baltimore, Maryland, for Appellant. Brian
E. Frosh, Attorney General of Maryland, Jennifer L. Katz, Eric
S. Hartwig, Assistant Attorneys General, Baltimore, Maryland,
for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dawnn McCleary-Evans appeals the district court's order dismissing in part her amended complaint and granting summary judgment in part to the Defendant in her civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See McCleary-Evans v. Maryland Dep't of Transp., No. 1:12-cv-01550-ELH (D. Md. Mar. 20, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED